# Court of Appeals
# of the State of Georgia

ATLANTA,   September 16, 2015

*The Court of Appeals hereby passes the following order:*

**A16E0006.  REGISTER et al. v. GREEN BULL PARTNERS, LLC, et al.**

On September 3, 2015, the appellants in this case filed a notice of appeal seeking appellate review of a trial court order dissolving an injunction and declining to continue a temporary restraining order. On September 10, 2015, the trial court issued an order on the appellants' subsequent motion to reinstate the injunction during pendency of the appeal. The court ordered the temporary restraining order reinstated under two circumstances: (1) that appellants seek emergency relief in this court pursuant to Court of Appeals Rule 40 (b) "prior to the close of business on Friday, September 18, 2015," and (2) if this court declines to consider appellants' request for emergency relief, they "shall file a motion to continue the injunction with the Court of Appeals within seven (7) days of the date of docketing of the appeal."

On September 15, appellants filed in this court a "Motion for Continued Stay of Foreclosure Pursuant to Rule 40 (b)." But that motion fails to comply with our rule. Our court may issue orders as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. The appellants have shown neither here. Their notice of appeal is pending, and their motion does not assert that a foreclosure sale is imminent. As appellants concede, they have filed this motion "because the trial court has required it."

Therefore, appellants' motion for continued stay of foreclosure pursuant to Court of Appeals Rule 40 (b) is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____09/16/2015_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*